# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| DEHOYOS, BEATRIS J. | § | Case No. 06-04102 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/11/2010 in Courtroom 613,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/25/2010                    By:  */s/ Barry A. Chatz*

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mgonzalez              Page 1 of 2                   Date Rcvd: Jun 29, 2010
Case: 06-04102                 Form ID: pdf006              Total Noticed: 49

The following entities were noticed by first class mail on Jul 01, 2010.
db            Beatris J Dehoyos,    11532 S Ewing Ave,    Chicago, IL 60617-7472
aty          +Gerardo S Gutierrez,    53 W. Jackson Blvd.,    Suite 1122,    Chicago, IL 60604-3701
aty          +Jonathan P Friedland,    Levenfeld Pearlstein LLC,    2 North LaSalle,    Suite 1300,
               Chicago, IL 60602-3709
aty          +Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,    Chicago, IL 60602-3709
aty          +Nicolette L Robovsky,    Gleason and Gleason, LLC,    77 W. Washington,    Suite 1218,
               Chicago, Il 60602-3246
aty          +Richard S Lauter,    Freeborn & Peters LLP,    311 S. Wacker Drive,    Suite 3000,
               Chicago, IL 60606-6679
aty          +Richard S Lauter,    Levenfeld Pearlstein LLC,    Two N LaSalle St,    Suite 1300,
               Chicago, IL 60602-3709
aty          +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
10692346      ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
10692347      Amca,   PO Box 1235,    Elmsford, NY 10523-0935
10692348      Amoco/Bp,    Processing Ctr,    Des Moines, IA 50360-0001
10692349      Bank One,    PO Box 901039,    Fort Worth, TX 76101-2039
10692350     +Bay Area Credit Service,    50 Airport Pkwy Ste 100,    San Jose, CA 95110-1036
10692351      Bp Oil/citibank,    PO Box 15687,    Wilmington, DE 19850-5687
10692352     +CBE Group, Inc,    131 Tower Park Dr Ste 100,    Waterloo, IA 50701-9588
10692353      Certegy Payment Reovery Services,    11601 Roosevelt Blvd N,    Saint Petersburg, FL 33716-2202
10692354      ChexSystems,    Consumer Relations,    12005 Ford Rd Ste 600,    Dallas, TX 75234-7253
10692355      Chicago Family Health Center,    9119 S Exchange Ave,    Chicago, IL 60617-4225
10692356      Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
10866806      Citibank (South Dakota) NA,    Assoc./BP Amoco Payment Center,    4740 121 Street,
               Urbandale, IA 50323-2402
10868052      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10692358     +Comcast,    1255 W North Ave,    Chicago, IL 60642-1562
10692359      DPPS/SCAN,    Attn: Consumer Referral Services,    7805 Hudson Rd Ste 100,
               Woodbury, MN 55125-1595
10692344      Dehoyos Beatris J,    11532 S Ewing Ave,    Chicago, IL 60617-7472
10692360      Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
10692361      Experian,    PO Box 2002,    Allen, TX 75013-2002
10692345     +Gleason And MacMaster,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
10692362      Hb/menards,    90 Christiana Rd,    New Castle, DE 19720-3118
10978802     +John DeRose and Associates,    c/o Gerardo S. Gutierrez, ESQ.,    53 W. Jackson Blvd., Suite 1122,
               Chicago, IL 60604-3701
10692363     +LaSalle Bank,    135 S La Salle St,    Chicago, IL 60603-4489
10771314     +National City Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
10692364      National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
10692365     +Peoples Energy,    130 E Randolph St,    Chicago, IL 60601-6302
10692366      Quest Diagnostic,    PO Box 64500,    Baltimore, MD 21264-4500
10768635     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
10692367      Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10692368      T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
10782673     +T-Mobile Bankruptcy,    PO BOX 53410,    Bellevue, WA 98015-3410
10692372      TRS Recovery Services,    5251 Westheimer Rd,    Houston, TX 77056-5412
10765568     +Target National Bank (f.k.a. Retailers National Ba,     TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10692369      Telecheck,    PO Box 17390,    Denver, CO 80217-0390
10692370      Tnb Target,    PO Box 9475,    Minneapolis, MN 55440-9475
10692371      Trans Union,    PO Box 1000,    Crum Lynne, PA 19022-2001
10692373      University Of Illinois At Chicago,    Physician Group,    135 S La Salle St Dept 3293,
               Chicago, IL 60674-3293
10692374      Wfnnb/vctria,    PO Box 182128,    Columbus, OH 43218-2128
10765945     +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10692375      Worth-Palos Dentistry,    7630 W 111th St,    Palos Hills, IL 60465-2302

The following entities were noticed by electronic transmission on Jun 29, 2010.
10692357      E-mail/Text: legalcollections@comed.com                           Com Ed Exelon Corporation,
               System Credit/Bankruptcy,    2100 Swift Dr,    Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2                Date Rcvd: Jun 29, 2010
Case: 06-04102                Form ID: pdf006           Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**          **Signature:**   *Joseph Speetjens*