UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DEHOYOS, BEATRIS J. § Case No. 06-04102
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on           . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/BARRY A. CHATZ_____
                                                        Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BEATRIS J. DEHOYAS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | NATIONAL CITY MORTGAGE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVENFELD & PEARLSTEIN | | | | | |
| LEVENFELD PEARLSTEIN, LLC | | | | | |
| LEVENFELD & PEARLSTEIN | | | | | |
| LEVENFELD PEARLSTEIN, LLC | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| JOHN DEROSE AND ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CITIBANK/ CHOICE | | | | | |
| 000005 | T-MOBILE BANKRUPTCY | | | | | |
| 000001 | TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| 000002 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000003 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-04102 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DEHOYOS, BEATRIS J. | Date Filed (f) or Converted (c): | 04/13/06 (f) |
| | | 341(a) Meeting Date: | 05/25/06 |
| For Period Ending: | 09/21/11 | Claims Bar Date: | 08/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>  11532 S. Ewing Ave., Chicago, IL | 196,000.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>  normal and necessary household goods. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. BOOKS, PICTURES<br>  misc. books, pictures, music | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. CLOTHING<br>  used personal clothes | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY<br>  watches, costume jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. LITIGATION<br>  Possible lawsuit for wrongful termination | Unknown | 16,750.00 | | 75,000.00 | FA |
| 7. AUTOMOBILES<br>  1998 Honda Accord | 2,530.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 692.25 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $200,130.00 | $16,750.00 | | $75,692.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

  FILE MOTION TO TURNOVER FUNDS DEPOSITED WITH BANKRUPTCY COURT FOR RE-DISTRIBUTION TO CREDITORS NOT PAID 100%; PREPARE
  AND FILE FINAL ACCOUNT

LFORM1                                                                                                                                                                                                    Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-04102 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DEHOYOS, BEATRIS J. | Date Filed (f) or Converted (c): | 04/13/06 (f) |
| | | 341(a) Meeting Date: | 05/25/06 |
| | | Claims Bar Date: | 08/28/06 |

Initial Projected Date of Final Report (TFR): 05/31/08     Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-04102 -ABG | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DEHOYOS, BEATRIS J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9599  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0351 | | |
| For Period Ending: | 09/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/06 | 6 | ABN AMRO SERVICES COMPANY | LITIGATION SETTLEMENT | 1149-000 | 75,000.00 | | 75,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.26 | | 75,014.26 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 61.66 | | 75,075.92 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 63.76 | | 75,139.68 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 63.82 | | 75,203.50 |
| 02/05/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 59.96 | 75,143.54 |
| | | | BOND # 016026455 | | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 57.66 | | 75,201.20 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 63.87 | | 75,265.07 |
| 03/30/07 | 000302 | LEVENFELD PEARLSTEIN, LLC | ATTORNEY FOR TRUSTEE | | | 9,686.56 | 65,578.51 |
| | | | Pursuant to order  entered March 28, 2007 | | | | |
| | | | Fees            9,401.00 | 3210-000 | | | |
| | | | Expenses         285.56 | 3220-000 | | | |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 54.43 | | 65,632.94 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 55.74 | | 65,688.68 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 53.98 | | 65,742.66 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 55.85 | | 65,798.51 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 55.88 | | 65,854.39 |
| 09/17/07 | 000303 | BEATRIS J. DEHOYAS | EXEMPTION CLAIMED | 8100-002 | | 58,250.00 | 7,604.39 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 41.94 | | 7,646.33 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 24.03 | | 7,670.36 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 4.10 | | 7,674.46 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.67 | | 7,678.13 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.04 | | 7,681.17 |
| 02/05/08 | 000304 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 6.55 | 7,674.62 |
| | | | 2/1/08 - 2/1/09 | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.82 | | 7,676.44 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.81 | | 7,678.25 |

Page Subtotals        75,681.32        68,003.07

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04102 -ABG | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | DEHOYOS, BEATRIS J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9599 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0351 | | |
| For Period Ending: | 09/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.57 | | 7,679.82 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.97 | | 7,680.79 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.95 | | 7,681.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.98 | | 7,682.72 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.97 | | 7,683.69 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.95 | | 7,684.64 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.75 | | 7,685.39 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,686.02 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 7,686.41 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,686.47 |
| 02/10/09 | 000305 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 6.29 | 7,680.18 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,680.24 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,680.31 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,680.48 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,680.67 |
| 06/19/09 | 000306 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | PRIORITY TAX CLAIMS 507(a)(8) | 2820-000 | | 195.00 | 7,485.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,485.86 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,486.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,486.24 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,486.42 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,486.60 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,486.79 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,486.98 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,487.17 |

Page Subtotals  10.21  201.29

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2  
Page: 3  
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-04102 -ABG | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DEHOYOS, BEATRIS J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9599 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0351 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/12/10 | 000307 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 7.32 | 7,479.85 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,480.02 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,480.21 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,480.39 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,480.57 |
| 06/01/10 | | Transfer to Acct #*******0070 | Final Posting Transfer | 9999-000 | | 7,480.57 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 75,692.25 | 75,692.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 7,480.57 | |
| | | Subtotal | 75,692.25 | 68,211.68 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 58,250.00 | |
| | | Net | 75,692.25 | 9,961.68 | |

Page Subtotals  0.72  7,487.89

Ver: 16.02b

LFORM24  
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04102 -ABG | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DEHOYOS, BEATRIS J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0070  BofA - Checking Account |
| Taxpayer ID No: | *******0351 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/10 | | Transfer from Acct #*******9599 | Transfer In From MMA Account | 9999-000 | 7,480.57 | | 7,480.57 |
| 08/12/10 | 003001 | POPOWCER KATTEN, LTD | Claim 10, Payment 100.00000% | 3410-000 | | 924.50 | 6,556.07 |
| 08/12/10 | 003002 | Target National Bank (f.k.a. Retailers National Ba TARGET VISA c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 000001, Payment 10.48437% | 7100-000 | | 308.73 | 6,247.34 |
| 08/12/10 | 003003 | World Financial Network National Bank Victoria's Secret c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 000002, Payment 10.48265% | 7100-000 | | 28.43 | 6,218.91 |
| 08/12/10 | 003004 | Sallie Mae c/o Sallie Mae Inc 220 Lasley Ave Wilkes-Barre, PA 18706 | Claim 000003, Payment 10.48443% | 7100-000 | | 4,642.40 | 1,576.51 |
| 08/12/10 | 003005 | T-Mobile Bankruptcy PO BOX 53410 Bellevue, WA 98015 | Claim 000005, Payment 10.48489% | 7100-000 | | 114.69 | 1,461.82 |
| * 08/12/10 | 003006 | Citibank (South Dakota) NA Assoc./BP Amoco Payment Center 4740 121 Street Urbandale, IA 50323-2402 | Claim 000006, Payment 10.48371% | 7100-003 | | 52.19 | 1,409.63 |
| 08/12/10 | 003007 | Citibank/ CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | Claim 000007, Payment 10.48448% | 7100-000 | | 1,409.63 | 0.00 |
| 09/14/10 | | SALLLIE MAE REFUND ACCOUNT 220 LASLEY AVENUE | REFUND | | | -4,642.40 | 4,642.40 |
| | | | Page Subtotals | | 7,480.57 | 2,838.17 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 06-04102 -ABG | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DEHOYOS, BEATRIS J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0070 BofA - Checking Account |
| Taxpayer ID No: | *******0351 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WILKES-BARRE, PA 18706 SALLLIE MAE REFUND ACCOUNT | Memo Amount: 4,642.40 REFUND | 7100-000 | | | |
| * 09/14/10 | 003006 | Citibank (South Dakota) NA Assoc./BP Amoco Payment Center 4740 121 Street Urbandale, IA 50323-2402 | Claim 000006, Payment 10.48371% TURNOVER OF FUNDS TO U.S. BANKRUPTCY COURT FOR UNCASHED DISTRIBUTION CHECK TO CITIBANK (SOUTH DAKOTA) NA | 7100-003 | | -52.19 | 4,694.59 |
| 09/14/10 | 003008 | United States Bankruptcy Court IL | Claim 000006, Payment 10.48371% TURNOVER OF FUNDS TO U.S. BANKRUPTCY COURT FOR UNCASHED DISTRIBUTION CHECK TO CITIBANK (SOUTH DAKOTA) NA | 7100-001 | | 52.19 | 4,642.40 |
| 09/17/10 | 003009 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | TURNOVER OF UNCLAIMED FUNDS TURNOVER OF FUNDS TO U.S. BANKRUPTCY COURT OF DISTRIBUTION FUNDS RETURNED BY CLAIMANT NO. 000006 - SALLE MAE, INC. | 7100-002 | | 4,642.40 | 0.00 |
| 06/16/11 | | UNITED STATES TREASURY U.S. DISTRICT COURT 219 SOUTH DEARBORN STREET CHICAGO, IL 60604 SALLIE MAE CITIBANK (SOUTH DAKOTA) NA | RECEIPT OF UNCLAIMED FUNDS FOR REDISTRIBUTION  Memo Amount: 4,642.40 Memo Amount: 52.19 | 7100-000 7100-000 | | -4,694.59 | 4,694.59 |
| 06/28/11 | 003010 | Target | CLAIM 000001 SECOND DISTRIBUTION Second Distribution - 16.59% | 7100-000 | | 778.76 | 3,915.83 |
| 06/28/11 | 003011 | World Financial Network National Bank Victoria's Secret c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | CLAIM 000002 SECOND DISTRIBUTION SECOND DISTRIBUTION - 1.53% | 7100-000 | | 71.82 | 3,844.01 |
| 06/28/11 | 003012 | T-Mobile Bankruptcy PO BOX 53410 | CLAIM 000005 SECOND DISTRIBUTION SECOND DISTRIBUTION - 6.16% | 7100-000 | | 289.16 | 3,554.85 |

Page Subtotals 0.00 1,087.55

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04102 -ABG | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DEHOYOS, BEATRIS J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0070  BofA - Checking Account |
| Taxpayer ID No: | *******0351 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/11 | 003013 | Bellevue, WA 98015<br>Citibank<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | CLAIM 000007 SECOND DISTRIBUTION<br>Second Distribution - 75.72% | 7100-000 | | 3,554.85 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 9,336.99 | COLUMN TOTALS | 7,480.57 | 7,480.57 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 7,480.57 | 0.00 | |
| | | Subtotal | 0.00 | 7,480.57 | |
| Memo Allocation Net: | 9,336.99 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 7,480.57 | |

| | | | NET | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 9,336.99 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - ********9599 | 75,692.25 | 9,961.68 | 0.00 |
| | | BofA - Checking Account - ********0070 | 0.00 | 7,480.57 | 0.00 |
| Total Memo Allocation Net: | 9,336.99 | | 75,692.25 | 17,442.25 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  3,554.85

Ver: 16.02b